**Order entered January 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01064-CV

### SM ARCHITECTS, PLLC AND ROGER STEPHENS, Appellants

### V.

### AMX VETERAN SPECIALTY SERVICES, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11230**

## ORDER

Before the Court is appellants' December 19, 2017 motion to extend time to file a brief.

We **GRANT** the motion. Appellants' brief shall be filed by **January 26, 2018**. We caution appellants that further requests for extension of time in this accelerated appeal will be disfavored.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE